# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY GRIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:16-cv-0019 |
| v. ) | |
| ) | Judge Sharp |
| SOUTHERN HEALTH PROVIDERS ) | Magistrate Judge Bryant |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Jeffrey Grier is a pre-trial detainee at the Marshall County Jail in Lewisburg, Tennessee. He alleges that a nurse at the Jail has denied him prescribed medication for serious medical problems and that Defendants had him placed in an isolation unit for seeking help at a local emergency room.

Plaintiff filed his Complaint (Docket No. 1) in March 2016 and the Court granted his motion to proceed *in forma pauperis* soon thereafter. (Docket No. 3). The order directed Plaintiff to complete the service packed and return it to the Clerk's office, which Plaintiff failed to do. On June 13, 2016, Magistrate Judge Bryant issued an Order to Show Cause requiring Plaintiff to show why his case should not be dismissed for his failure to return the service packet at instructed. (Docket No. 6). Plaintiff did not reply to the Order to Show Cause and still has yet to return the service packet.

Magistrate Judge Bryant has issued a Report and Recommendation ("R & R") (Docket No. 9) in which he recommends that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to comply with a court order. Despite being advised that any objection needed to be filed within fourteen days, plaintiff has filed none.

Having considered the matter de novo as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation (Docket No. 25) is hereby ACCEPTED and APPROVED and this case is hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE